**Robert Eugene SCIFERS, Appellant,**

v.

**Ruby Sharon SCIFERS, Respondent.**

**No. WD 34000.**

Missouri Court of Appeals,
Western District.

Aug. 9, 1983.

Sheldon Bernstein, Kansas City, for appellant.

Robert K. McDonald, Blue Springs, for respondent.

Before WASSERSTROM, P.J., and KENNEDY and NUGENT, JJ.

ORDER

PER CURIAM.

Dissolution of marriage proceeding, appeal taken only from child custody award.

Judgment affirmed. Rule 84.16(b).